**Form 129**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Robert Dale Winger Jr.**
    Debtor(s)

Bankruptcy Case No.: 18−10542−TPA

Chapter: 7

# FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

    Tamera Ochs Rothschild is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 7 case of the above named Debtor(s) is closed.

Dated: October 31, 2018

    Thomas P. Agresti
    United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 18-10542-TPA
Robert Dale Winger, Jr.                                                 Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: admin              Page 1 of 1              Date Rcvd: Oct 31, 2018
                              Form ID: 129             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 02, 2018.
db              +Robert Dale Winger, Jr.,    482 Shay Road,    Franklin, PA 16323-7248

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 31, 2018 at the address(es) listed below:
              Daniel P. Foster    on behalf of Debtor Robert Dale Winger, Jr. dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt    on behalf of Creditor    Specialized Loan Servicing as servicer for Wilmington
               Savings Fund Society, FSB, DBA Christiana Trust, not in its individual capacity, but solely in
               its capacity as Owner Trustee for WF 19 Grantor Tru bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Tamera Ochs Rothschild    trothschild@gmx.com, pa70@ecfcbis.com
                                                                                             TOTAL: 4